| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 06/18/2020 |

---------------------------------------------------------------X

K-POWER GLOBAL LOGISTICS, LLC, a
Tennessee Limited Liability Company,

         Plaintiff,

   -against-

PROJECT VERTE, INC., STEVE BULLARD,
DAVID HANSON, CHRISTOPHER TALLEY,
and DAVID CHAPUIS,

         Defendant.

---------------------------------------------------------------X

20-cv-3263 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

  WHEREAS an initial conference is currently scheduled for June 19, 2020;

  WHEREAS Defendants' time to respond to the Complaint was either May 21 or May 22, 2020, Dkts. 18–20;

  WHEREAS Defendants have failed to appear, and the parties have failed to file joint pre-conference submissions as directed;

  IT IS HEREBY ORDERED THAT the initial conference on June 19 is CANCELLED. Plaintiff must seek a default judgment in accordance with the undersigned's Individual Practices, no later than **July 10, 2020**, unless Defendants have appeared by that date. Plaintiff is warned that failure to seek a default judgment in accordance with this Order may result in sanctions up to and including a dismissal for failure to prosecute.

**SO ORDERED.**

**Date: June 18, 2020**
**New York, New York**

               _____
               **VALERIE CAPRONI**
               **United States District Judge**