# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| K-POWER GLOBAL LOGISTICS, LLC, a Tennessee Limited Liability Company,<br><br>Plaintiff,<br><br>-against-<br><br>PROJECT VERTE, INC., STEVE BULLARD, DAVID HANSON, CHRISTOPHER TALLEY, and DAVID CHAPUIS,<br><br>Defendants. | Civil Action No.: 20-CV-3263 (VEC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff K-Power Global Logistics, LLC hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Project Verte, Inc., Steve Bullard, David Hanson, Christopher Talley, and David Chapuis. All parties are to bear their own costs, expenses, and attorneys' fees as incurred.

Respectfully submitted this the 2nd day of July, 2020.

By: */s/ John M. Leonard*
John M. Leonard (NY Bar No. 5296488)
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 278-1000
jleonard@andersonkill.com

*Counsel for Plaintiff K-Power Global Logistics, LLC*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and forgoing was served on counsel for all Defendants by email to Matthew H. Adler, Esq. (matthew.adler@troutman.com).

/s/ *John M. Leonard*
John M. Leonard